SCANNED
DATE: 08/18/04
BY: Sky

In the United States District Court
For Southern District of Florida

Emanuel Washington,
Plaintiff

V.

Traci Jenkins, Casemanager,
Santos, Unit manager, B.O.P,
staff of Coleman, Bo.P.,
Kennedey, E. Sharma, et al.,
Defendants.

Civil Action
Civil No.

Motion for injunction and Declatory Relief

I. This action arises under the provision of the eight, first, sixth, and fourteenth Amendments of the U.S. Constitution, and under title 42, United States code & 1983. This Honorable Court has jurisdition of this action under title 28, United States Code & 1343.

II. This action is brought pursuant to Rule 23 of the federal rules of civil procedure, on behalf of plaintiff, who is now incarcerated in B.O.P Coleman - USP, Special Housing in Florida.

Plaintiff is [illegible] entitled to [illegible] protect the interest of the plaintiff, nevertheless, respectfully request that this Honorable Court speedily afford plaintiff of this action an attorney to assure that the nature of elements contained herein this amendment action be presented to this court and receive the appropriate and immediate attention.

III.

Plaintiff is a citizen of the United States and a prisoner in B.O.P. Coleman, County of Coleman, State of Florida.

IV.

Defendant [illegible] now is, and at all times material hereto was, the duly appointed and acting [illegible] manager of B.O.P. Coleman and at all [illegible] of B.O.P. Coleman-USP.

V.

Plaintiff has attempted to exhaust all administrative remedies in the past and prior institutions to no avail. I have found [illegible] post filing that the administrative remedy process is manipulated by the same jailers obligated to [illegible]. I have [illegible] that [illegible] withholding [illegible] that [illegible] as [illegible] tool to prevent inmates from going to the next phase [illegible].

Pl[illegible] [illegible] [illegible] [illegible] tion to [illegible] [illegible] such claims [illegible] [illegible] [illegible] [illegible] filed by United States District Judge Honorable P[illegible] B S[illegible] in Boston, Massachusetts [illegible] to [illegible] [illegible] [illegible] [illegible] abuse, the [illegible] [illegible] and the [illegible] I have been subjected to [illegible] throughout [illegible] in [illegible] in the B.O.P. Furthermore, to (continue) to try to resolve complaint of staffs abuse, threats, and misconduct of harassment, and retaliation for complaining to supervisors [illegible] is to inevitably invite incessant retaliation of harassment. Such [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] to [illegible] [illegible] [illegible] [illegible] to:

1) Plaintiff [illegible] [illegible] [illegible] [illegible] [illegible] being labeled [illegible] [illegible] "[illegible]" for complaining to supervisors about staff misconduct and for being known to address the courts in search of [illegible] [illegible] [illegible] constitutional protected rights.

2) Plaintiff [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] courts [illegible] I [illegible] Off[illegible] [illegible] I have [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] I [illegible] at [illegible] [illegible] [illegible] on 6/20/02. All of which [illegible] in violation of the Privacy Act.

3) Plaintiff has been [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] population [illegible] to Known [illegible] position [illegible] [illegible] [illegible] [illegible] been labeled a Snitch by [illegible] [illegible] Brennan, [illegible] day, [illegible] [illegible] and [illegible] for complaining to supervisors about staff's misconduct and harassment. I have been threatened with bodily harm, and threatened that I won't make it home soon if I don't stop complaining to staff supervisors. I was told more than once that staff stick together against inmates right or wrong! I have received several disciplinary reports which were expunged for being bogus to Keep them from being admitted as exhibits. See exhibits

VI. Each and all of the acts of the defendants alleged herein were done by defendants under the color and pretense of the state regulations, customs, and usages of the state of Florida, and under the authority of health office as counseling and staff member of the B.O.P. in the state of Florida.

VII. Plaintiff have suffered actual injury as a result of these unlawful actions (or omissions) described above.

VIII. Defendants conduct has deprived plaintiff of the right to due process and equal protection secured by the Fourteenth Amendment of the United States Constitution.

IX Because of the foregoing, plaintiff has no adequate remedy at law and is suffering, and will continue to suffer great and irreparable loss, damage and injury and is therefore compelled to seek suitable relief in this court.

Wherefore plaintiff demands judgment;

1) Granting temporary and final judgment [illegible] to the foregoing plaintiff of his right to due process and equal protection of the Fourteenth [illegible] abuse, threats, altering [illegible] to plaintiff file.

2.) Award plaintiff the [illegible] [illegible] and [illegible] expenses of this action, including attorney fees [illegible].

3.) Granting plaintiff such other relief as may be just.

Dated: 07.2004

Certificate of Service

The original of above motion was sent to U.S. Federal District Court for Miami Florida, 300 NE 1st AVE Room 315 Miami Fl 33132 on ______004.

Respectfully,

Emmanuel Washington
Emmanuel Washington
FCC USP
P.O. BOX 1033
Coleman, Fl 33521-0879.

In the United States District Court
for the Southern District of Florida

[illegible] [illegible]lington.
Plaintiff

V.

[illegible] [illegible] [illegible],
[illegible] [illegible] [illegible], Kennedy.
[illegible] Sharon B. C. P[illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible],
Defendants.

Summons
Civil Action
Civil NO. ______

To the above [illegible] [illegible] Defendants.

You are hereby summoned and required to serve upon defendant, whose address is 246 N.E. 54th Terrace Coleman, Florida 33521-1029 an answer to the complaint which is here with served upon you with 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of Court.

Dated: 08 ______ 2004

[illegible] United States District Court
For [illegible] District of Florida

[illegible] Wellington,
Plaintiff

V.

[illegible] Kim [illegible],
F. [illegible] BOP
[illegible] B.O.P.
[illegible], et al.,
Defendants

Affidavit
Civil Action
Civil No. ______

[illegible] being duly [illegible] depose [illegible] say that the Civil Action Complaint [illegible] true, accurate and factually [illegible] the United States Constitution [illegible] to the best of my recollection and [illegible] constitutional [illegible].

[illegible] to [illegible] this
7th day of August, 2004

[illegible] Wellington
[illegible]

In the United States District Court
For [illegible] District of [illegible]

[illegible]
Plaintiff

V.

T[illegible] Kennedy [illegible]
F. Santos [illegible]
Kennedy [illegible] BOP
[illegible] BOP
et al.
Defendants

C[illegible]
[illegible]
order.

Civil Action
Civil No. ______

Upon the complaint, supporting affidavit of Plaintiff and [illegible] of law submitted herewith, it is:

Ordered that Defendants T[illegible] J[illegible] Kennedy, F Santos, Kennedy, E. Thomas show cause in room 315 of the United States Courthouse,

on the

[illegible] day of [illegible], 2004, at [illegible] o'clock, why preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them:

1) F[illegible] [illegible] [illegible] [illegible] x[illegible] [illegible] [illegible] [illegible] complaining to supervisors [illegible] [illegible] [illegible] [illegible].

2) Order that plaintiff be [illegible] from institution because of the [illegible] and verbal abuse by [illegible] staff.

3) Order [illegible] to stop [illegible] plaintiff's [illegible] with [illegible] and delaying legal mail and giving mail to other inmates.

It is further ordered that [illegible] immediately and pending the hearing [illegible] the order to show cause, the defendants [illegible] BOP [illegible] and each of their officers, agents, employees, and all persons acting in concert or participation with them, [illegible] the above paragraphs [illegible].

It is further ordered that the order to show cause, and all other papers attached to this application, be served on the [illegible] and plaintiff by ______

Dated: ______

______
United States District Judge

1) [illegible] [illegible] ... it listens to [illegible] such [illegible] exercising [illegible] right of access to the Court, and complaining to superiors about staffs [illegible] lack of harassment

2) Order that plaintiff be [illegible] retaliation because of threats and verbal abuse by [illegible] staff.

3) Order defendants to stop [illegible] plaintiffs [illegible] and [illegible] helping [illegible] to other [illegible].

It is further ordered that [illegible] effective immediately and pending the hearing and determination of this order to show cause, the defendant Tecia Jenkins, B.O.P. staff at [illegible] and each of the officials, agents, employees and all persons acting in concert or participation with them, are restrained the above stated three paragraph statement.

It is further ordered that the order to show cause, and all the papers attached to it [illegible] to be served on the above said plaintiff by

Dated:

United States District Judge