United States District Court          Case No. 04-11868-JLT
Hon. Patti B. Saris, District Judge
    United States Courthouse
1 Courthouse Way, Suite 6130
Boston, Massachusetts 02210.

Re: Further harassment and retaliation.

My Dear Honorable Judge Saris:

    First and foremost, it is my hearts sincere wishes that this document finds you in the very best of health and spirits that God can give!

    Your Honor, I am writing to inform your Honorable Court that at approximately 3:52 P.M., on 10.19.04, officer Branson who has been harassing, threatening, and retaliating against me came to my cell to try and force a cellmate in and I refused, because I strongly believe they're trying to place my life in jeopardy, due to filing complaints against these officials!

(1)

Your Honor, prior to this incident, I spoke to my casemanager Mrs. Jenkins and informed her of what these staff are doing and are trying to do. I also made her aware of the fact that during my last phone call home, I learned that my brother has been very impatient and verbally abuseful towards my grandmother. I informed Mrs. Jenkins that all of this has me under a tremendous amount of stress, fear, and depression. Mrs. Jenkins made a note to have someone from the psychology department speak with me, because (she) notice that I'm having some type of breakdown.

However, every officer that worked this Special Housing Unit is aware of how deeply I love my grandmother, and my desire to be free to care for her. I have asked, begged, and pleaded with officer Brinson on several occassions to please leave me alone and let me go home to my grandmother, to no avail. So today, again, officer Brinson ceased yet another opportunity to harass and retaliate against.

(2)

Your Honor, I have personally seen several inmates deny officer Brerison from putting another inmate in the cell which they occupy alone without receiving a disciplinary report. In fact, officer Brerison told me to don't go crying to Lt. Tencher about giving me a disciplinary report. But after leaving my cell he went to cell 102, and 130 who refused cellmates and made no mention of a disciplinary report.

Your Honor, due to the magnitude of my complaints and the officials involved, one being Mrs. Jenkins, wife of captain Jenkins I sincerely believe that my well being is, and will continue to be in jeopardy unless I am immediately removed from the BOP system.

Enclosed is a copy of the disciplinary report to further substantiate my claim as ever. I thank you in advance for your time, understanding and assistance.

Very truly yours,
Mr. Washington

Dated: 10.19.04
CC: Judge Tauro

(3)

| BP-S288.052 **INCIDENT REPORT** CDFRM | | | | |
|---|---|---|---|---|
| MAY 1994 | | FEDERAL BUREAU OF PRISONS | | |
| U.S. DEPARTMENT OF JUSTICE | | | | |

| 1. Name of Institution | FCC Coleman - USP | Incident Report Number | |
|---|---|---|---|

**Part I - Incident Report**

| 2. Name of Inmate | 3. Register Number | 4. Date of Incident | 5. Time |
|---|---|---|---|
| WASHINGTON, E. | 21964-038 | October 19, 2004 | 9:00 PM |

| 6. Place of Incident | 7. Assignment | 8. Unit |
|---|---|---|
| SPECIAL HOUSING UNIT, Z01-132 | UNASSG/AD | I- UNIT |

| 9. Incident | REFUSING TO OBEY AN ORDER OF ANY STAFF MEMBER | 10. Code | 307 |
|---|---|---|---|

| 11. Description of Incident | Date: October 19, 2004 | Time: 9:00 PM | Staff Became Aware Of Incident |
|---|---|---|---|

On October 19, 2004 at approximately 9:00 PM I ordered inmate WASHINGTON, # 21964-038 to submit to hand restraints to place another inmate inside cell Z01-132 and he refused. I ordered WASHINGTON a second time to submit to hand restraints and he refused again.

| 12. Signature of Reporting Employee | Date and Time | 13. Name and Title (Printed) |
|---|---|---|
| [signature] | October 19, 2004 10:30 PM | A. Cambisi, Senior Officer |

| 14. Incident Report Delivered To Above Inmate By: | 15. Date Delivered | 16. Time Delivered |
|---|---|---|
| [signature] | 10/23/04 | 8:35 PM |

**Part II - Committee Action**

17. Comments Of The Inmate To The Unit Discipline Committee Regarding The Above Incident

18. A. It Is The Finding Of The Committee That You:
- ___ Committed The Following Prohibited Act.
- ___ Did Not Commit A Prohibited Act

B. ___ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.

C. ___ The Committee Advised The Inmate Of The Finding And Of The Right To File An Appeal Within 15 Calendar Days.

19. Committee Decision is Based On The Following Information.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed the prohibited act)

21. Date And Time Of Action    Date:    Time:

(The UDC Chairperson's Signature Next To His Name Certifies Who Sat On the UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

Chairperson (Typed/Printed Name/Signature)    Member (Typed/Printed Name)    Member (Typed/Printed Name)