United States District Court
District of Massachusetts

Emanuel Washington,
       Plaintiff,

V.

Traci Jenkins, et al.,
       Defendants.

Case. No. 04-11868-JLT

## Motion For Appointment Of Counsel Pursuant to the Sixth Amendment of the United States Constitution.

Now comes the plaintiff Emanuel Washington, acting pro-se, in the above style caption case number and Respectfully move this Honorable Court for appointment of counsel after the aplication to proceed in forma pauperis has been established.

Wherefore, the plaintiff prays that the Court grant this request for appointment of counsel due to the plaintiff is a layman at law and do not know how to fully litigate in Civil proceedings for such other and further relief as the Court may deem appropriate.

This day 4th of October 2004

Respectfully Requested,
Emanuel Washington
Emanuel Washington