United States District Court          C.A. No. 04-11868-JLT
     Office Of The Clerk
John Joseph Moakly Courthouse
1 Courthouseway Way, Suite 2300
Boston, Massachusetts 02210.

Re: Incessant Retaliation and Harassment.

Dear Clerk:

       I am writing to inform your Honorable
Court of the continual onslaught of retaliation
and harassment I'm being subjected to
endure here at USP-Coleman for filing
this action in your Honorable Court!

       The law clearly states that it is
unconstitutional for any governmental agency
to retaliate against any person for exercising
my constitutionally protected right to
address the Honorable Courts!

       Enclosed is a motion and affidavit
to Order Defendants to refrain from forcing
inmates in Plaintiffs cell to create conflict
as a form of retaliation and harassment!

                                    Sincerely,
                                    Mr. Washington G.

Dated: 11.01.04

CC.

C.A. No 04-11868-JLT

On 10.29.04, at approximately 1:30 PM, officer Guillemento placed an inmate in my cell whom informed Guillemento that he did not wish to cell with me! The inmate informed officer Guillemento that he would like to cell with a friend from his state that he will get along with, which is normal procedure in Special Housing, and reduces the risk of tension, conflict, and assults!!!

However, officer Guillemento lied to the inmate that he would place him with another inmate from Florida. The inmate was then brought from the holding cell and infront of my cell. I was told to cuff-up that I was getting a cellie. Though myself and the other inmate was reluctant because of a past verbal confrontation as cellmates it was nonetheless forced on us both!!

For officer Guillemento connoted to officer Mr. Mims that he wants me to refuse so he can write me up and stop my halfway house! He is often very billigerent, threatening, and gives me baleful stares! I fear for my safety!...