United States District Court
District OF Massachusetts

Emanuel Washington,
        Plaintiff,
    v.
Traci Jenkins, et al.,
        Defendants.

Affidavit
C.A. No. 04-11868-JLT

I, Emanuel Washington, being duly sworn, deposes and say. that the Civil Action Complaint averments are true, accurate and factually true under the United States Constitution of perjury to the best of my recollection and current continual incarceration.

Sworn to before me this
1st day of November, 2004.

Respectfully Submitted

Emanuel Washington
*Emanuel Washington*

Federal Bureau of Prisons
Internal Affairs
320 First Street
Washington, DC 20534

Fr: Mr. Emmanuel Washington Reg #21954-038

Re: Incessant harassment of mental, emotional, and threats of physical abuse, and retaliation.

To whom it may concern:

    I am writing your office in regards of the incessant unwarranted harassment of mental, emotional, and often times threats I am being subjected to endure here in the Special Housing Unit at USP-Coleman by the following staff! Officer Guillemente, Brinson, G. Sharma, and Lt. J. Tincher whose responsible for the Shu!

    First and foremost, I am in Special Housing (under protective custody) from "latin king gang members", of which USP-Leavenworth created and USP-Atlanta perpetuated by fabricating statements and documents in an vindictive attempt to transfer me under orders of G. L. Turner who was captain at that time. I retrieved those documents and sent those and many others to my Honorable Judge Patti B. Saris to have filed away as complaints of my conditions!

(1)

Federal Bureau of Prisons
Internal Affairs
320 First Street
Washington, DC 20534

Fr: Mr. Emmanuel Washington Reg #21964-038

Re: Incessant harassments of mental, emotional, and threats of physical abuse, and retaliation.

To whom it may concern:

    I am writing your office in regards of the incessant unwarranted harassments of mental, emotional, and often times threats I am being subjected to endure here in the Special Housing Unit at USP-Coleman by the following staff: Officer Guillemente, Brinson, G. Sharma, and Lt. J. Tincher whose responsible for the Shu!
    First and foremost, I am in Special Housing (under protective custody) from "Latin king gang members", of which USP-Leavenworth created and USP-Atlanta perpetuated it by fabricating statements and documents in an vindictive attempt to transfer me under orders of G.L. Turner who was captain at that time. I retrieved those documents and sent those and many others to my Honorable Judge Patti B. Saris to have filed away as complaints of my conditions!

(1)

constructively administered. I have informed several of these Staffs supervisors about the abuse of these officers, who are abusing their authority (under the color of state law) which is a direct violation of the constitution and the rights that safeguard me from being deprived of my liberty from such mental, emotional, or physical suffering and threats of retaliation for engaging in a constitutionally protected activity of addressing the Court!!

Ma'am/Sir, if your office would contact my Honorable Judge, Patti B. Saris, District Court Judge in Boston, Massachusetts. And retrieve prior documents entered on my docket entry. I assure you that I have established chronology of events that should substantiate my claims, and the facts that the administrative remedy for me has been to no avail and futile!!

Ma'am/Sir, I am imploring your office to act on my behalf due to the magnitude of the complaint! I thank you in advance for your time and assistance!

Dated: 01.01.04

Sincerely,
Wm. Garrard Elsbyth
#2964-038

CC: Judge Tauro
CC: Judge Saris

(3)