United States District Court
Clerk Of The Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210.

Re: Notice of wanting to proceed in this Honorable Court.

Dear Clerk:

    I am writing to inform this Honorable Court that I, Emanuel Washington do wish to keep my case in your Honorable Court.

    I thank you in advance for your time and assistance!

    Sincerely,

    Mr. Washington E.

Dated: 10.04.04!

C.C,