United States District Court
District of [illegible]

Emmanuel [illegible],
Plaintiff

V.

[illegible], et al.,
Defendants

Civil Action No. 04-11868-JLT

Motion of [illegible]

Now comes petitioner-appellant, [illegible], [illegible] and [illegible] make this Honorable [illegible] [illegible] denial of appointing appellant [illegible].

In support of [illegible] states:

[illegible] [illegible] person [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

In Peterson v. Nadler, 452 F.2d 754, 757 (8th Cir. 1971), the court states that although it is true that there exists no statutory or constitutional right [illegible] to have counsel appointed [illegible] civil case ... [illegible] the [illegible] power to make this appointment [illegible] within the [illegible] are [illegible] that [illegible] Code, [illegible]

[illegible] counsel for [illegible] [illegible] F.2d [illegible] See United States v. McQueen, 5?? F.2d 11?? [illegible]; [illegible] v. [illegible], 533 F.2d [illegible] (?d Cir. [illegible]); [illegible] v. [illegible], 532 F.2d [illegible] (?d Cir. 197?).

[illegible] to appoint [illegible] appoint [illegible]

[illegible]

[illegible]

[illegible]

[illegible] ordered to the [illegible].

Plaintiff [illegible] [illegible] by the [illegible]!

Respectfully Submitted,

[illegible]

Dated: 11.27.04

cc: File