United States District Court [illegible]
District [illegible]

[illegible]

V.

[illegible]

Civil Action No. 04-11868-JLT

Affidavit in [illegible] of Motion by [illegible] for Appointment [illegible]

On [illegible] Opposition has been [illegible] litigation rights in [illegible] opposition [illegible]

[illegible] I am [illegible] the [illegible] of my ability and [illegible] perjury.

Dated [illegible]

[illegible]

Zeoeir Washington

To: Shu Lt., Mr. J. Tincher

Fr: Mr. Washington E. Reg # 21964-038

Unit: Shu A-Range # 131

Re: Need typewriter in the law library!!

Dear Lt., Mr. Tincher:

I am writing you this cop-out in regards of the plight that's hindering me from appropriately, and effectively addressing my open legal issues in court, due to not having adequate legal materials in the law library, primarily, a typewriter!

Sir, from what I understand there are electrical typewriters in every Unit in population. I fail to understand the rationale for denying Shu inmates a typewriter in the (law library), especially when you have a (notice) for staff on the law library door to search inmates upon leaving the law library, and inventory equipment!!

To: O.I.C., Shu Officer

11.20.04

Fr: Mr. Washington E. # 24964-038

Unit: Shu / A-Range #6

Re: Requesting Law Library to answer Court Order!

To whom it may concern:

I would immensely appreciate being placed on the law library on the next available opening.

I thank you in advance for your time and assistance!

Sincerely,

Mr. Washington E.

CC.

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mr Washington Emmanuel — 21964-038 — SHU — USP-Coleman
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST** Mr. Yates, first and foremost. I feel that its mperative to address my issue at this level opposed to a BP8, lue to the perpetual onslaught of retaliation and harassment y your Shu staff for complaining about staff misconduct and the ibuse of their authority (under color of law) I have spoken to Lt. J. incher on several occasions to no avail! On 11.12.04. and 11.14.04 I vas denied Rec for no apparent reason other than the rec officer felt e didnt want to finish the last cell. Officer Mr. Ward. There appears o be this underhand-unwritten policy of staff sticking together even vhen they're wrong in your Shu under certain supervisors that seriously eeds to be addressed! How is it that these same officers can work in hu year after year with their tactics, under certain supervisors! Relief ought. Immediate transfer!

11.14.04 — CC. U.S.D.J. Tauro & Saris. — Mr. Washington Emmanuel
DATE — SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** CASE NUMBER: ______

**Part C- RECEIPT** CASE NUMBER: ______

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ______

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

1. Name Of Institution: U.S.P. Coleman

Part I - Incident Report

| 2. Name Of Inmate WASHINGTON, EMANUEL | 3. Register Number 21964-038 | 4. Date Of Incident November 2, 2004 | 5. Time 10:05 PM |
|---|---|---|---|
| 6. Place Of Incident SHU, Z01-131 | 7. Assignment UNASSG/AD | 8. Unit I-UNIT | |

9. Incident REFUSING TO OBEY AN ORDER OF ANY STAFF MEMBER — 10. Code 307

11. Description Of Incident (Date: 11-02-04 Time: 10:05 PM

On November 2, 2004 at approximately 10:05 pm I ordered inmate WASHINGTON, #21964-038 to submit to hand restraints to place another inmate in cell Z01-131 and he refused. I ordered inmate WASHINGTON a second time to submit to hand restraints for me to place another inmate in his cell and he refused again. Inmate WASHINGTON is the only inmate assigned to cell Z01-131.

| 12. Signature Of Reporting Employee | Date And Time | 13. Name And Title (Printed) |
|---|---|---|
| [signature] | 11-02-04 10:45 PM | A. Cambisi, Senior Officer |

| 14. Incident Report Delivered To Above Inmate By | 15. Date Incident Report Delivered | 16. time Incident Report Delivered |
|---|---|---|
| [signature] | 11/3/04 | 1 pm |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

18. A. It Is The Finding Of The Committee That You:
______ Committed The Following Prohibited Act.
______ Did Not Commit A Prohibited Act.

B. ______ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.
C. ______ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days.

19. Committee Decision Is Based On The Following Information

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

21. Date And Time Of Action ______________ (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

Chairman (Typed Name/signature) Member (Typed Name) Member (Typed Name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)

Replaces BP-288(52) Of Jan 88

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST**

DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**

CASE NUMBER:

**Part C- RECEIPT**

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP-229(13)
APRIL 1982

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ______________________ LAST NAME, FIRST, MIDDLE INITIAL ______ REG. NO. ______ UNIT ______ INSTITUTION

**Part A- INMATE REQUEST**

______ DATE

______ SIGNATURE OF REQUESTER

**Part B- RESPONSE**

______ DATE

______ WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**

CASE NUMBER: ______

**Part C- RECEIPT**

CASE NUMBER: ______

Return to: ______ LAST NAME, FIRST, MIDDLE INITIAL ______ REG. NO. ______ UNIT ______ INSTITUTION

SUBJECT: ______

______ DATE

______ RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP-229(13)
APRIL 1982