United States District Court
Office Of The Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: New Address

Dear Clerk:

    I am writing to inform this Honorable court that I have a change of address as of 11.7.04, and any and all documents, orders that may arise from open civil action No. 04-11868-JLT should be mailed to the following address:

Coolidge House
307 Huntington Ave.
Boston, Mass. 02115.

    I thank you in advance for your time and most appreciated assistance.

                  Sincerely,

                  Mr. Washington jr.

Dated: 11.02.04.