UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMMANUEL WASHINGTON,    * | |
| * | |
| Plaintiff,    * | |
| * | |
| v.    * | Civil Action No. 04-11868-JLT |
| * | |
| TRACI JENKINS, et al.,    * | |
| * | |
| Defendants.    * | |

ORDER

January 7, 2005

TAURO, J.

This court hereby orders that:

1. Plaintiff's Motion of Reconsideration for Appointment of Counsel [#12] is DENIED WITHOUT PREJUDICE. Plaintiff may re-file a request for appointment of counsel after the Defendants have filed their Answers or Motions in response to the Complaint.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge